1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10                                      FRESNO DIVISION

11

12    MICHAEL ALAN CASSINI,                          1:08-cv-00644-OWW-SMS (PC)

13          Plaintiff,                               **ORDER GRANTING APPLICATION TO
                                                     PROCEED IN FORMA PAUPERIS**
14    v.                                                            and

15    HARLEY LAPPIN, et al.,                         **ORDER DIRECTING PAYMENT
                                                     OF INMATE FILING FEE BY
16          Defendants.                              FEDERAL CORRECTIONAL
                                                     INSTITUTION**
17    _____/

18          Plaintiff is a federal prisoner proceeding pro se pursuant to Bivens v. Six Unknown Named

19    Agents of Federal Bureau of Narcotics, 403 U.S. 388, 91 S.Ct. 1999 (1971), and has requested leave

20    to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has made the showing required

21    by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted.  Plaintiff is

22    obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff

23    is obligated to make monthly payments in the amount of twenty percent of the preceding month's

24    income credited to plaintiff's trust account.  The Federal Correctional Institution is required to send

25    to the Clerk of the Court payments from plaintiff's account each time the amount in the account

26    exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

27          In accordance with the above and good cause appearing therefore, IT IS HEREBY

28    ORDERED that:

                                                    -1-

1      1.  Plaintiff's application to proceed in forma pauperis is GRANTED;

2      **2.  The Warden of the Federal Correctional Institution, Terminal Island or his**

3  **designee shall collect payments from plaintiff's prison trust account in an amount equal to**

4  **twenty per cent (20%) of the preceding month's income credited to the prisoner's trust**

5  **account and shall forward those payments to the Clerk of the Court each time the amount in**

6  **the account exceeds $10.00,  in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00**

7  **has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly**

8  **identified by the name and number assigned to this action.**

9      3.  The Clerk of the Court is directed to serve a copy of this order and a copy of

10  plaintiff's in forma pauperis application on the **Warden of the Federal Correctional Institution,**

11  **Terminal Island,  1299 Seaside Avenue, San Pedro, California 90731**.

12      4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

13  Department, U.S.  District Court, Eastern District of California, Fresno Division.

14

15  IT IS SO ORDERED.

16  **Dated:    May 14, 2008**                    /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28