# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN CASSINI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HARLEY LAPPIN, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:08-cv-00644-OWW-SMS-PC<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE ANY CLAIMS UPON WHICH RELIEF MAY BE GRANTED<br><br>(Doc. 5) |

Plaintiff Michael Alan Cassini ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. Plaintiff filed this action on May 8, 2008. On January 29, 2009, the Magistrate Judge dismissed Plaintiff's complaint for failure to state a claim upon which relief may be granted, and ordered Plaintiff to file an amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). To date, Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

///
///
///
///
///
///

Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which relief may be granted.

IT IS SO ORDERED.

**Dated:   March 19, 2009**              /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE